IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:                                         )<br>                                                    )<br>ALTHEE BOLTON              )<br>                                                    )<br>    Debtor,                                )<br>_____)<br>ALTHEE BOLTON              )<br>                                                    )<br>    Movant                                 )<br>                                                    )<br>vs.                                              )<br>                                                    )<br>ASSET MANAGEMENT HOLDINGS III, )<br>LLC                                           )<br>                                                    )<br>        Respondent              ) | CASE NUMBER:<br><br>15-69739 BEM<br><br><br><br>CONTESTED MATTER<br><br><br>IN PROCEEDINGS UNDER<br>CHAPTER 13 OF THE<br>BANKRUPTCY CODE |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Debtor has filed an **MOTION TO DETERMINE STATUS OF WHOLLY UNSECURED SECOND PRIORITY LIEN ON REAL PROPERTY,** and related papers with the Court seeking an Order as to the same.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion at **Courtroom 1402, Richard Russell Federal Building, 75 Ted Turner Drive, Atlanta, GA 30303 at 1:00PM on August 9, 2016.**

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: **Clerk, U.S. Bankruptcy Court, Room 1340, Richard Russell Federal Building, 75 Ted Turner Drive, Atlanta, GA 30303.** You must also mail a copy of your response to the undersigned at the address stated below.

Dated: July 8, 2016

Respectfully submitted,

/s/
Tiffini C. Bell
Attorney for Debtors
GA Bar No. 676971
The Law Office of Tiffini C. Bell
201 17th Street, Suite 300
Atlanta, GA 30363
678-723-5501 Telephone
404-393-9158 Facsimile
tcblawoffice@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | CASE NUMBER: |
| | ) | |
| ALTHEE BOLTON | ) | 15-69739 BEM |
| | ) | |
| Debtor, | ) | |
| _____ | ) | |
| ALTHEE BOLTON | ) | CONTESTED MATTER |
| | ) | |
| Movant | ) | |
| | ) | IN PROCEEDINGS UNDER |
| vs. | ) | CHAPTER 13 OF THE |
| | ) | BANKRUPTCY CODE |
| ASSET MANAGEMENT HOLDINGS III, LLC | ) | |
| | ) | |
| Respondent | ) | |

## MOTION TO DETERMINE STATUS OF WHOLLY UNSECURED SECOND PRIORITY LIEN ON REAL PROPERTY

COMES NOW Althee Bolton, Debtor herein, and files this "Motion to Determine Status of Wholly Unsecured Second Priority Lien on Real Property" and shows:

### JURISDICTION

1.

This is a core proceeding and the Court has jurisdiction over this matter.

2.

The Petition in this matter was filed.

3.

Respondent can be served by certified mail upon: Corporation Service Company, Registered Agent for **Asset Management Holdings III, LLC** whose address **40 Technology Parkway South Suite 300, Norcross GA 30092**

## RELEVANT FACTS

4.

Debtors live in their primary residence located at **2102 Sandtree Court Atlanta, GA 30331** (hereinafter the "Property").

5.

**Bayview Financial** holds the first mortgage on the residence in the amount of **$121,183.00** (no claim filed to date).

6.

Respondent has a second priority lien on the residence in the amount of **$41,817.57** (Claim 5).

7.

The fair market value of the residence is $68,900.00 (see Exhibit A), based on the assessed value from the Fulton County Tax Assessor. Thus, Respondent's second priority lien is wholly unsecured, subject to a "lien strip" and should be declared as unsecured.

## BASIS FOR RELIEF

8.

Bankruptcy Code Section 506(a) states in pertinent part that "a[n] allowed claim of a creditor secured by a lien on property in which the estate has an interest....is a secured claim to the extent of the value of such creditor's interest in the estate's interest in such property,.... and is an unsecured claim to the extent that the value of such creditor's interest....is less than the amount of such claim."

9.

The United States Court of Appeals for the 11th Circuit has upheld application of Section 506(a) to a Debtor's personal residence in a bankruptcy reorganization where there is no equity to attach

to the secured claim of the mortgage company. See *In Re Tanner,* 217 F.3d 1357(2000).

10.

Additionally, in applying Section 506(a) to a Debtor's residence, courts have held that a debtor may strip the lien off a Debtor's residence pursuant to Section 506(a) without the necessity of filing an adversary proceeding. See *In Re King,* 209 B.R. 641 (Bankr. C.D. Ill, 2003).

**WHEREFORE,** Debtor requests that upon discharge of this case the Court will declare Respondent's wholly unsecured second priority lien as stripped from the residence and the lien voided upon an order of discharge, entered and filed in the real estate records.

Dated: July 8, 2016.

                                    Respectfully submitted,
                                    /s/
                                  Tiffini Bell
                                  Attorney for the Debtor
                                  GA Bar No. 676971
                                  The Law Office of Tiffini C. Bell
                                  201 17th Street, Suite 300
                                  Atlanta, GA 30363
                                  678-723-5501 Telephone
                                  404-393-9158 Fax
                                  tcblawoffice@gmail.com

EXHIBIT A

# ANNUAL NOTICE OF ASSESSMENT

**FULTON COUNTY ASSESSORS OFFICE**
235 Peachtree St. NE, Suite 1400
Atlanta, GA 30303
(404) 612-6440

ALTHEE BOLTON
P O BOX 91
JENKINSBURG GA 30234-0091

Notice Date: 06/10/2016

**This is not a tax bill**
**Do not send payment**

Last Date To File Appeal:
**07/25/2016**

County property records are available online at:
www.fultonassessor.org

**OFFICIAL TAX MATTER - 2016 ASSESSMENT**

The amount of your ad valorem tax bill for the year shown above will be based on the appraised (100%) and assessed (40%) values specified in this notice. You have the right to appeal these values to the County Board of Tax Assessors. All documents and records used to determine the current value are available on request. Additional information on the appeal process may be obtained at
http://dor.georgia.gov/property-tax-real-and-personal-property#field_relatedd_links-4863
At the time of filing your appeal you must select one of the following options:
(1) Appeal to the County Board of Equalization with appeal to the Superior Court (value, uniformity, denial of exemption, taxability)
(2) To non-binding arbitration with an appeal to the Superior Court (valuation is the only grounds that may be appealed to arbitration)
(3) For non-homestead real property or wireless personal property account(s) with an aggregate FMV in excess of $750,000, to a hearing officer with appeal to the Superior Court.

**If you wish to file an appeal, you must do so in writing no later than 45 days after the date of this notice. If you do not file an appeal by this date, your right to file an appeal will be lost. Appeal forms which may be used are available at**
www.fultonassessor.org

For further information on the proper method of filing an appeal, you may contact the Board of Tax Assessors which is located at 235 Peachtree St. NE, Ste 1400, Atlanta and which may be contacted by telephone at: 404-612-6440. Your staff contact is Doug Kirkpatrick

| Account Number | Property ID Number | Acreage | Tax Dist | Covenant Year | Homestead |
|---|---|---|---|---|---|
| 1716039 | 14F-0064-0004-022-8 | .23 | ATLANTA | | NO |
| Property Description | R1 - Residential Improvement | | NBHD - 46125 | | |
| Property Address | 2102 SANDTREE CT | | | | |

| Fair Market Value | Returned Value | Previous Year Value | Current Year Value | Other Value |
|---|---|---|---|---|
| 100% Fair Market Value | | 68,900 | 68,900 | |
| 40% Assessed Value | | 27,560 | 27,560 | |

**REASONS FOR NOTICE**
Annual Notice-No Change In Fair MarketValue

The estimate of your ad valorem tax bills for the current year is based on the previous year or most applicable millage rate. The actual tax bill you receive may be more or less than this estimate. This estimate may not include all eligible exemptions.

| Taxing Authority | Other Exempt | Homestead Exempt | Net Taxable Value | Previous Millage | Estimated Tax |
|---|---|---|---|---|---|
| FULTON OPER | | | 27,560 | .010500 | 289.38 |
| FULTON BONDS | | | 27,560 | .000250 | 6.89 |
| **Total County Tax** | | | | | **296.27** |
| ATLANTA GENERAL | | | 27,560 | .008890 | 245.01 |
| ATL BONDS | | | 27,560 | .001480 | 40.79 |
| ATL SCHOOL OPER | | | 27,560 | .021640 | 596.40 |
| ATL SCHOOL BOND | | | 27,560 | .000100 | 2.76 |
| ATLANTA PARKS | | | 27,560 | .000500 | 13.78 |
| Total City Tax | | | | | 898.74 |
| STATE | | | 27,560 | .000000 | .00 |
| Total Estimate | | | | | 1,195.01 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | CASE NUMBER: |
| | ) | |
| ALTHEE BOLTON | ) | |
| | ) | 15-69739 BEM |
| Debtor, | ) | |
| | ) | |
| ALTHEE BOLTON | ) | |
| | ) | CONTESTED MATTER |
| Movant | ) | |
| | ) | |
| vs. | ) | IN PROCEEDINGS UNDER |
| | ) | CHAPTER 13 OF THE |
| ASSET MANAGEMENT HOLDINGS III, LLC | ) | BANKRUPTCY CODE |
| | ) | |
| Respondent | ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that I am, and at all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify under penalty of perjury that on this day I served the following parties a copy of the "Order and Notice Regarding Strip Lien Motion" by placing true and correct copies of same via Certified US Mail- Return Receipt Requested with adequate postage affixed to insure delivery, addressed to:

| | | |
|---|---|---|
| Althee Bolton<br>2102 Sandtree Court<br>Atlanta, GA 30331 | Mary Ida Townson<br>Chapter 13 Trustee<br>191 Peachtree Street<br>Suite 2200<br>Atlanta, GA 30303 | Suzanne Perrone<br>Asset Management Holdings III, LLC<br>551 N. Cattlemen Road, Suite 100<br>Sarasota, FL 34232 |
| Atif Muhammad<br>CEO<br>Asset Management Holdings III, LLC<br>80 Pine Street<br>New York, NY 10005 | William Dooley<br>CFO<br>Asset Management Holdings III, LLC<br>80 Pine Street<br>New York, NY 10005 | |

Dated: July 8, 2016

Respectfully submitted,

/s/
_____
Tiffini Bell
Attorney for the Debtor
GA Bar No. 676971
The Law Office of Tiffini C. Bell
201 17th Street, Suite 300
Atlanta, GA 30363
678-723-5501 Telephone
404-393-9158 Fax
tcblawoffice@gmail.com