**IT IS ORDERED as set forth below:**

**Date: July 11, 2016**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 15-69739 BEM |
| ALTHEE BOLTON ) | |
| ) | |
| DEBTOR ) | |
| _____ ) | CHAPTER 13 |
| ) | |
| ALTHEE BOLTON ) | |
| ) | |
| Movant, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | |
| ASSET MANGEMENT HOLDINGS III, LLC ) | |
| ) | |
| Respondent ) | |
| _____ ) | |

**ORDER ON OBJECTION TO PROOF OF CLAIM OF ASSET MANAGEMENT HOLDINGS III, LLC (CLAIM #5)**

The above and foregoing Debtor's Objection to Proof of Claim filed by Asset Management

Holdings came before this Court on June 14, 2016 The claim was filed as a secured first

mortgage lienholder by the creditor, Asset Management Holdings III, LLC in the amount of $41,817.57 (Claim Register #5).

The Debtor's Counsel certifies that the creditor was served with the objections at the address shown on the proof of claim. The Debtor's Counsel certifies that the creditor was served with the objections at the address shown on the proof of claim, and no response has been filed by the creditor or their representative,

**IT IS THEREFORE ORDERED** that the Proof of Claim filed by Asset Management Holdings III, LLC be disallowed as the first mortgage holder and shall be treated as a secondary lien to the first mortgage holder Bayview Loans.

### END OF DOCUMENT

Presented by:

_____/s/
Tiffini C. Bell
Attorney for Debtor
Georgia Bar Number 676971
The Law Office of Tiffini C. Bell, LLC
201 17th Street, Suite 300
Atlanta, GA 30363
678-723-5501 (telephone)
404-393-9158 (fax)
tcblawoffice@gmail.com

NO OPPOSITION BY:

_____

Sonya M. Buckley
GA Bar Number 140987
Chapter 13 Trustee
191 Peachtree Street, Suite 2200
Atlanta, GA 30303

# DISTRIBUTION LIST

Debtor's Counsel:

Tiffini Bell
The Law Office of Tiffini C. Bell, LLC
201 17th Street, Suite 300
Atlanta, GA 30363


Chapter Trustee:


Mary Ida Townson
Chapter 13 Trustee
191 Peachtree Street, Suite 2200
Atlanta, GA 30303


Debtor

Althee Bolton
2102 Sandtree Court
Atlanta, GA 30331

Creditor

Suzanne Perrone
Asset Management Holdings III, LLC
551 N. Cattlemen Rd
Suite 100
Sarasota, FL 34232